**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES CELLULAR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HOTLINE WIRELESS & MORE, INC. <br><br> Defendant. | Case No. 1:12-cv-05017 |

**UNITED STATES CELLULAR CORPORATION'S MOTION FOR
TEMPORARY RESTRAINING ORDER**

United States Cellular Corporation ("U.S. Cellular"), by and through its attorneys, hereby respectfully moves the Court for a temporary restraining order enjoining Hotline Wireless & More, Inc. ("Hotline Wireless"), its officers, agents, servants, employees, attorneys, and those persons acting in concert or participation or privity with Hotline Wireless from advertising, promoting, distributing, displaying, or using U.S. Cellular's trademark or confusingly similar marks or otherwise representing that they are an authorized U.S. Cellular agent or affiliated with U.S. Cellular in any way.

This Motion should be granted for all the reasons explained in the contemporaneously filed Memorandum In Support of United States Cellular Corporations's Motion For Temporary Restraining Order.

Date: June 25, 2012                              Respectfully submitted,

                                                 UNITED STATES CELLULAR
                                                 CORPORATION

                                                 By:  /s/ Robert D. Leighton

One of Its Attorneys

Richard J. O'Brien
Robert D. Leighton
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

## **CERTIFICATE OF SERVICE**

      Robert D. Leighton, an attorney, hereby certifies that he effected service by placing the foregoing document with a special process server for hand delivery and mailing a copy of the same via First Class Mail to:

>Hotline Wireless & More, Inc.
>c/o Amer Hijazi, Registered Agent and President
>3938 W. Roosevelt Road
>Chicago, IL  60624

On this 25th day of June, 2012.

                                                              /s/ Robert D. Leighton

                                                              Robert D. Leighton