IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES CELLULAR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>HOTLINE WIRELESS & MORE, INC.<br><br>        Defendant. | Case No. _____ |

### Declaration of Timothy Murphy

I, Timothy Murphy, hereby declare and state as follows:

1. I am employed as a project assistant at the law firm of Sidley Austin LLP, counsel to plaintiff United States Cellular Corporation ("U.S. Cellular") in the above action. The statements contained herein are true and, if sworn as a witness, I could testify competently thereto.

2. On June 21, 2012 I traveled to Hotline Wireless & More Inc.'s ("Hotline Wireless") store location at 3938 W. Roosevelt Road, Chicago, IL 60624.

3. While at Hotline Wireless' store location, I observed a sign on the face of the storefront displaying what I understand to be a U.S. Cellular trademark. I took photographs of the face of the storefront, including the sign with U.S. Cellular's trademark. Attached as Exhibit 1 to this declaration is a true and correct copy of one of the photographs I took.

4. While at Hotline Wireless' store location, I observed a second sign near the Hotline Wireless storefront displaying what I understand to be a U.S. Cellular trademark. I took photographs of this sign. Attached as Exhibit 2 to this declaration is a true and correct copy of one of the photographs I took.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2012

_____
Timothy Murphy

# Exhibit 1



# Exhibit 2

