AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

United States Cellular Corporation

V.

Hotline Wireless & More, Inc.

CASE NUMBER: 1:12-cv-05017

ASSIGNED JUDGE: Milton I. Shadur

DESIGNATED MAGISTRATE JUDGE: Arlander Keys

TO: (Name and address of Defendant)

Hotline Wireless & More, Inc.
3938 W. Roosevelt Road
Chicago, IL 60624

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Leighton
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
312-853-9459

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK THOMAS G. BRUTON, CLERK

DATE: June 25, 2012

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 6-25-2012 |
| NAME OF SERVER (PRINT) | TITLE | |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant. Place where served: *(SEE ATTACHED AFFIDAVIT OF SERVICE)*

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date                      *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 1:12-CV-05017
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Christopher Moore**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

(X) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
(X) Other: **Civil Cover Sheet; Attorney Appearance Form (Robert D. Leighton); Attorney Appearance Form (Richard J. O'Brien); Disclosure Statement and Notification as to Affiliates of Plaintiff United States Cellular Corporation; Notice of Motion; United States Cellular Corporation's Motion for Temporary Restraining Order; United States Cellular Corporation's Memorandum in Support of its Motion for Temporary Restraining Order; Declaration of Timothy Murphy**

1. ( ) By leaving a copy with the named party, ------- personally on -------.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. (X) On the within party, **Hotline Wireless & More, Inc.**, by leaving a copy with **Mike, Employee and Authorized Person** on **June 25, 2012**, and informed that person of the contents thereof.

4. (X) That the sex, race, and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**       RACE: **Middle Eastern**       APPROXIMATE AGE: **30-40**

5. (X) That the place where and the time of day when the documents were served were as follows:

PLACE: **3938 W. Roosevelt Road, Chicago, IL 60624**
TIME OF DAY: **5:18 PM**

6. ( ) That he was unable to serve within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **26th** day of **June 2012**

*[Notary seal: OFFICIAL SEAL, CAROL PLANO, NOTARY PUBLIC - STATE OF ILLINOIS, MY COMMISSION EXPIRES: 11/24/13]*

Christopher Moore
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885