Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5017 | **DATE** | 6/27/2012 |
| **CASE TITLE** | US Cellular Corp. Vs. Hotline Wireless & More, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for temporary restraining order is granted and a status hearing is set for July 9, 2012 at 9:15 a.m. Enter Temporary Restraining Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|